### Mary Lynn DRAKE et al.

**v.**

### Margaret POPINSKI.

**No. 80–163–Appeal.**

Supreme Court of Rhode Island.

April 30, 1981.

E. Peter Gallogly, Jr., Wakefield, for plaintiffs.

Martin M. Zucker, Providence, for defendant.

## ORDER

This case comes before us on the defendant's motion pursuant to Rule 16(g) to affirm the judgment of the Superior Court entered for the defendant.

After having reviewed the record, and *the plaintiff's* brief, and having heard arguments of counsel on April 20, 1981, we hereby grant the motion to affirm.

### John J. FRAZIER

**v.**

### Kathleen B. FRAZIER.

### Kathleen B. FRAZIER

**v.**

### John J. FRAZIER.

**Nos. 80–404–A and 80–443–A.**

Supreme Court of Rhode Island.

April 30, 1981.

Little, Little, McDonald & Gaschen, Francis A. Gaschen, East Providence, for John J. Frazier.

Peter P. D'Amico, Providence, for Kathleen B. Frazier.

## ORDER

The motion of John J. Frazier to affirm the judgments of the Superior Court and the Family Court in these cases is hereby denied.